265 F.2d 931
 FULLER BRUSH COMPANY et al., Appellants,
v.
NORTHERN STATES POWER COMPANY.
GRINNELL COMPANY, Inc., Appellant,
v.
FULLER BRUSH COMPANY et al.
CHARLES HARRIS PLUMBING COMPANY, Appellant,
v.
FULLER BRUSH COMPANY et al.
 Nos. 16037-16039.
 United States Court of Appeals Eighth Circuit.
 April 16, 1959.
 
 Appeals from the United States District Court for the District of Minnesota.
 Robins, Davis & Lyons and Harding A. Orren, Minneapolis, Minn., for Fuller Brush Company and Boston Manufacturers Mutual Insurance Company.
 Doherty, Rumble & Butler and R. J. Leonard, St. Paul, Minn., for Northern States Power Company.
 Robb, Robb & Van Eps and Maugridge S. Robb, Minneapolis, Minn., for Grinnell Company.
 Carroll, Thorson, Anderson, & Cronan, and Rolland Thorson, Minneapolis, Minn., and Firestone & Firestone, St. Paul, Minn., for Charles Harris Plumbing Company.
 PER CURIAM.
 
 
 1
 Appeals from District Court dismissed, without taxation of costs in favor of either of the parties in this Court, on stipulation of parties. See also 8 Cir., 261 F.2d 340.